*Wednesday, March 1, 1995*
## MERIT DOCKET

**94–628.** State ex rel. Wood v. McCrystal. *Erie County*, No. E–93–78. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**94–1811.** State ex rel. Am. Assn. of Univ. Professors, Cent. State Univ. Chapter v. Cent. State Univ. Bd. of Trustees. In Mandamus. On response to memorandum in support of writ and motion to dismiss. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, PFEIFER and COOK, JJ., concur.

WRIGHT and F.E. SWEENEY, JJ., dissent and would grant an alternative writ.

**94–2565.** State ex rel. Ferreri v. Court of Appeals, Eighth Appellate Dist. In Mandamus and Prohibition. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–54.** State ex rel. Scott v. Wilkinson. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–59.** Aluminum Line Products Co. v. Rolls–Royce Motors, Inc. *Cuyahoga County*, No. 59790. On motion to strike appeal. Motion granted and cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–66.** State ex rel. Kefalos v. Upper Arlington. In Quo Warranto. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–123.** Ringel v. Adrine. In Quo Warranto. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–132.** Grissom v. Tenth Dist. Court of Appeals. In Procedendo. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–206.** Ruttman v. Flores. *Cuyahoga County*, No. 66079. On review of order certifying a conflict. This cause is dismissed for failure to comply with S.Ct.Prac.R. IV(A) and *Whitelock v. Gilbane Bldg. Co.* (1993), 66 Ohio St.3d 594, 613 N.E.2d 1032.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and COOK, JJ., concur.

PFEIFER, J., dissents.